U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

FEB 2 3, 2006

ROBERT H. SHEMWELL, CLERK
BY_____
     DEPUTY



RECEIVED

MAR 2 0 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE-OPELOUSAS DIVISION**

| | |
|---|---|
| **JOSEPH L. MATASSA** | **CIVIL ACTION NO. 02-1021** |
| VS. | **JUDGE MELANCON** |
| **COMMISSIONER OF SOCIAL SECURITY** | **MAGISTRATE JUDGE METHVIN** |

## J U D G M E N T

This matter was referred to United States Magistrate Judge Mildred E. Methvin for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Commissioner's decision is **AFFIRMED.**

Lafayette, Louisiana this 17th day of March, 2006.

_____
**TUCKER L. MELANÇON**
**UNITED STATES DISTRICT JUDGE**

COPY SENT
DATE 3.20.06
BY mb
TO TLM